UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM COLLIER,

    Plaintiff,

v.

CORPORATE EMPLOYMENT
RESOURCES, INC. d/b/a BARTECH,

    Defendant.

Case No. 23-cv-10500
Hon. Matthew F. Leitman

## ORDER ON MOTION TO STAY

AND NOW, this 30th day of March 2023, it is hereby ORDERED, ADJUDGED AND DECREED that the Joint Motion to Stay filed by Plaintiff William Collier ("Collier") and Defendant Corporate Employment Resources, Inc. d/b/a Bartech ("Bartech") is GRANTED, and this case shall be stayed for 30 days. The stay is granted without prejudice to or waiver of any argument, claim, defense or other basis for action, and Collier and Bartech have specifically agreed that each retains all such arguments, claims, defenses or other bases for action and may raise or assert same on a timely basis once the stay is lifted. Bartech shall file a responsive pleading or other response to the complaint by not later than **May 15, 2023**.

    IT IS SO ORDERED.

Dated: March 30, 2023

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 30, 2023, by electronic means and/or ordinary mail.

                                              s/Holly A. Ryan
                                              Case Manager
                                              (313) 234-5126