**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| WILLIAM COLLIER, Individually and For Others Similarly Situated<br><br>v.<br><br>CORPORATE EMPLOYMENT RESOURCES, INC. D/B/A BARTECH GROUP, INC. | **Docket No. 2:23-CV-10500** |

**PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff William Collier, respectfully requests that the above-titled and numbered Action be dismissed in its entirety without prejudice. Plaintiff certifies that dismissal is proper as no Answer has been served in the instant action. Respectfully submitted this 15th day of May, 2023.

By: */s/ Olivia R. Beale*
**Michael A. Josephson**
TX Bar No. 24014780
**Andrew W. Dunlap**
TX Bar No. 24078444
**Olivia R. Beale**
TX Bar No. 24122166
**JOSEPHSON DUNLAP, LLP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
713-352-1100 – Telephone
713-352-3300 – Facsimile
mjosephson@mybackwages.com
adunlap@mybackwages.com
obeale@mybackwages.com

**AND**

**Jennifer McManus**
Bar No. P65976
**FAGAN MCMANUS, PC**
25892 Woodward Avenue
Royal Oak, MI 58067
248-542-6300 – Telephone
jmcmanus@faganlawpc.com

**AND**

**Richard J. (Rex) Burch**
TX Bar No. 24001807
**BRUCKNER BURCH PLLC**
11 Greenway Plaza, Ste. 3025
Houston, Texas 77046
713-877-8788 – Telephone
713-877-8065 – Facsimile
rburch@brucknerburch.com

**ATTORENYS IN CHARGE FOR PLAITNIFF**

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served by ECF electronic filing on all known parties on this the 15th day of May 2023.

/s/ Olivia R. Beale
Olivia R. Beale